UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JULIUS DICKENS | : | CIVIL ACTION NO. 2:18-cv-1324 |
| VERSUS | : | JUDGE FOOTE |
| CB&I LLC | : | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation [doc. 11] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the motion to remand [doc. 7] be **GRANTED**, and that the matter be remanded to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 25th day of June, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE